**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **REDACTED** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-03 |
| ) | |
| VALDER H. DRAYTON, ) | |
| ) | |
| Defendant. ) | |

FILED
JAN 1 0 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about August 24, 2007, in the State and District of Delaware, Valder H. Drayton, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Kel-tech 9mm Luger handgun, Model P11, Serial No. 134323, after having been convicted on or about September 29, 1998, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in and for Sussex County, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant Valder Drayton, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to a Kel-tech 9mm Luger handgun, Model P11, Serial No. 134323.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):