IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-03-UNA |
| | ) | |
| VALDER DRAYTON, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On January 10, 2008, a federal grand jury returned a one-count Indictment charging Valder Drayton with Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Valder Drayton (d.o.b.         1977) is currently a pretrial detainee on various State offenses. The defendant is detained at the Sussex Correctional Institution, Georgetown, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, January 31, at 1:00 p.m.

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Sussex Correctional Institution, to bring the said defendant Valder Drayton before this Court on January 31, 2008, at 1:00 p.m., for an Initial Appearance and to remain in federal custody until the resolution of his federal criminal case.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated:  January 14, 2008

**IT IS SO ORDERED** this __15th__ day of __January__, 2008.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court