IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CRIMINAL ACTION NO.08-03-GMS |
| v. | § | |
| | § | |
| VALDER DRAYTON, | § | |
|     Defendant. | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF SUSSEX CORRECTIONAL INSTITUTION, GEORGETOWN, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **VALDER DRAYTON** who is now detained and imprisoned in the **SUSSEX CORRECTIONAL INSTITUTION** and who is a defendant in the above-entitled cause, in which cause the said **VALDER DRAYTON** was charged with BEING A FELON IN POSSESSION OF A FIREARM, a violation of Title 18, U.S. Code, Section 922(g)(1), for an **INITIAL APPEARANCE on THURSDAY, JANUARY 31ST, 2008 at 1:00 P.M.** and to remain in the custody of the U.S. Marshal until the federal charges are resolved.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 17TH day of January, 2008.

                                                    PETER T. DALLEO, CLERK

                                    By: _____
                                                     Deputy Clerk