IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Action No. 08-03-GMS |
| | ) |
| VALDER H. DRAYTON, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR STATUS CONFERENCE**

NOW COMES the United States, by and through its attorney Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney, and hereby moves for the Court to schedule a status conference in the above-captioned matter. In support of this motion, the United States asserts that the initial pretrial motions deadline of March 7, 2008, has passed, and that defendant Valder H. Drayton has not filed any pretrial motions. The United States respectfully requests that the time between the filing of this motion and the date of the Status Conference be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

                                      Respectfully Submitted,

                                      COLM F. CONNOLLY

                                      /s/ Robert F. Kravetz
                            By:  Robert F. Kravetz
                                 Assistant United States Attorney

Dated: April 2, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Action No. 08-03-GMS |
| | ) |
| VALDER H. DRAYTON, | ) |
| | ) |
| Defendant. | ) |

### ORDER

AND NOW this _____ day of _____ 2008, having considered the Government's Motion for a Status Conference, IT IS ORDERED that the Government's motion is GRANTED and that a status conference shall commence on_____, at _____,

IT IS FURTHER ORDERED that the time between April 2, 2008, and _____, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F).

_____
Hon. Gregory M. Sleet
Chief United States District Judge