IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Action No. 08-03-GMS |
| | ) |
| VALDER H. DRAYTON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW this 2nd day of April 2008, having considered the Government's Motion for a Status Conference, IT IS ORDERED that the Government's motion is GRANTED and that a status conference shall commence on April 16, 2008, at 3:15pm.

IT IS FURTHER ORDERED that the time between April 2, 2008, and April 16, 2008 shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F).

Hon. Gregory M. Sleet
Chief United States District Judge

FILED

APR - 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2